UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 1:11-20878-CIV-KING

IVIS D. ESPANA PICON

    Plaintiff,

v.

EMERALD SEAS MANAGEMENT,
LTD. c/o INTERNATIONAL SHIPPING
PARTNERS, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** was tried to the bench on damages on November 19, 2012. Defendant had been noticed of this matter, had been served and failed to appear. Default judgment on liability was entered in favor of the Plaintiff and against the Defendant. Pursuant to the review of all the affidavits, depositions, and closing arguments, it is thereupon:

**ORDERED AND ADJUDGED** as follows:

1. Final judgment is hereby entered in favor of the Plaintiff, IVIS D. ESPANA PICON, and against the Defendant, EMERALS SEAS MANAGEMENT, LTD.

2. The Court finds that Plaintiff's damages are reasonable.

3. The Plaintiff, IVIS D. ESPANA PICON, shall recover from the Defendant the sums listed below which sums shall bear interest at the rate provided by law and for which sums let execution issue.

**Loss of Wages**

| | |
|---|---|
| Past | $18,000.00 |
| Future | $18,000.00 |

**Medical Expenses**

|  |  |
|---|---|
| Past: | $     0.00 |
| Future | $84,000.00 |

**Pain and Suffering**

|  |  |
|---|---|
| Past | $100,00.00 |
| Future | $100,00.00 |
| The total damages award is | $320,000.00 |

4.   The Court reserves jurisdiction to set attorney's fees and costs against the Defendant and will provide a separate judgment on same.

DONE AND ORDERED in Chambers at Miami, Florida, this **26** day of _November_, 2012.

_____
The Honorable James Lawrence King
Senior United States District Judge

Copies furnished to: Counsel of Record